# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C 13-05929-PSG (DMR)

**CASE NAME:** BMO HARRIS BANK, NATIONAL ASSOCIATION v. CHARLES S. BONAN

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY:** Ivy Garcia

**DATE**: September 26, 2014     **TIME:** 3.25 Hrs.     **FTR**: 2:04-2:10

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANTS:** |
|---|---|
| Richard Sutherland | Frank Ubhaus |

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE HELD

RESULTS:   Matter fully settled.

cc:   Chambers