UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BMO HARRIS BANK, NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br>    v.<br><br>CHARLES S. BONAN et al.,<br><br>            Defendants. | Case No. 5:13-cv-05929-PSG<br><br>**ORDER TO SHOW CAUSE** |

On September 26, 2014 the court was informed that the parties have settled this case. Having received no stipulated dismissal afterwards, the court orders Plaintiff to show cause why this should not be dismissed for failure to prosecute. Plaintiff shall respond to this order no later than December 17, 2014.

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:13-cv-05929-PSG
ORDER TO SHOW CAUSE