Rachel Dollar, SBN 199977
Richard Sutherland, SBN 240858
rsutherland@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff BMO Harris Bank National Association, as successor-by-merger to M&I Bank, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BMO Harris Bank National Association<br><br>　　　Plaintiff,<br>v.<br><br>Charles S. Bonan and Carol Q. Bonan<br><br>　　　Defendants. | CASE NO.: 13-05929<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Paul Singh Grewal<br><br>Complaint Filed: December 23, 2013<br>Trial Date:　　May 4, 2015 |
|---|---|



## STIPULATION

It is hereby stipulated by and between Plaintiff BMO Harris Bank National Association, as successor-by-merger to M&I Bank, FSB ("BMO") and Defendants Charles S. and Carol Q. Bonan ("Defendants"; with BMO, the "Parties"), that this action may be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is further stipulated that, pursuant to the settlement between the Parties as stated on the record before Magistrate Judge Ryu, the Court retains jurisdiction pursuant to Federal Rule of Civil Procedure 60(b) to enforce the Stipulation and underlying settlement, without regard or limitation to the time constraints contained therein.

SO STIPULATED.

Dated: February 5, 2015

SMITH DOLLAR PC

By /s/ Richard R. Sutherland
Richard R. Sutherland
Attorneys for BMO Harris Bank National Association, a national banking association, as successor-by-merger to M&I Bank, FSB

Dated: February 5, 2015

BERLINER COHEN

By /s/ Frank Ubhaus
Frank Ubhaus
Attorneys for Charles and Carol Bonan



## ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court hereby agrees to retain jurisdiction to enforce this Stipulation and underlying settlement pursuant to Federal Rule of Civil Procedure 60(b), without regard or limitation of the time constraints contained therein.

Dated: February  5 , 2015

_____
Hon. Paul Singh Grewal
United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SONOMA

     I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action. My business address is 404 Mendocino Avenue, 2nd Floor, Santa Rosa, CA 95401.

     On February 5, 2015, I served the foregoing document described as **STIPULATION AND ORDER OF DISMISSAL** on all interested parties in this action by serving:

| | |
|---|---|
| Andrew H. Swartz<br>Spiering, Swartz, & Kennedy<br>550 Hartnell<br>Monterey, CA 93940 | Attorney for Defendants Charles S. Bonan and Carol Q. Bonan<br>Telephone:  (831) 373-3235<br>Facsimile:  (831) 373-8211<br>Email:  ahswartz@aol.com |

[X] **BY MAIL** - I deposited such envelope in the mail at Santa Rosa, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Rosa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Frank R. Ubhaus<br>Thomas D. Morell<br>Berliner Cohen<br>10 Almaden Blvd., Eleventh Floor<br>San Jose, CA 95113 | Attorney for Defendants Charles S. Bonan and Carol Q. Bonan<br>Telephone:<br>Facsimile:  (408) 998-5388<br>Email:  Frank.Ubhaus@berliner.com |

[X] BY NEF/E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2015, at the address above.

        /s/ Stephanie D. Abbott

        _____
        Stephanie D. Abbott

